No. 89–866.   CONNECTICUT v. D'AMBROSIA.   Sup. Ct. Conn. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 89–871.   KENTUCKY v. WALLS; and
No. 89–872.   KENTUCKY v. COSBY.   Sup. Ct. Ky.   Motions of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.   Reported below: 776 S. W. 2d 367.

No. 89–5580.   MESSIAH v. LOUISIANA.   Sup. Ct. La.;
No. 89–6107.   BUCHANAN v. VIRGINIA.   Sup. Ct. Va.; and
No. 89–6244.   KLOKOC v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.   Reported below: No. 89–5580, 538 So. 2d 175; No. 89–6107, 238 Va. 389, 384 S. E. 2d 757.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.